

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Bridget E. Zarrillo*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*      *Main: (973) 645-2700*
*Newark, NJ 07102*      *Direct: (973) 297-2034*
*bridget.zarrillo@usdoj.gov*

July 23, 2026

**BY ECF**
Honorable Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> **Re:    *Rodrigues Dos Santos v. Mullin,* No. 26-8655 (CCC)**
> **Confirmation of Petitioner's Release**

Dear Judge Cecchi:

This Office represents Respondents in this habeas matter.  On July 20, 2026, at approximately 2:16 p.m., this Court issued a Text Order (ECF No. 3), directing Respondents to either file an expedited answer to the habeas petition or release petitioner from custody within 48 hours.  U.S. Immigration and Customs Enforcement ("ICE") has informed this Office that Petitioner was released from ICE custody on July 22 at approximately 5:00 p.m.

Respondents acknowledge that this release occurred approximately 2 hours and 45 minutes after the expiration of the Court's 48-hour deadline (ECF No. 3). Respondents sincerely apologize to the Court and to Petitioner for the delay. According to ICE, the release was delayed because the facility was conducting a routine detainee count during which release processing was briefly suspended.

We thank the Court for its consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    */s/ Bridget E. Zarrillo*
BRIDGET E. ZARRILLO
Assistant United States Attorney
*Attorneys for Respondents*

In light of Petitioner's release, the Clerk's Office shall close this matter.
SO ORDERED

_____*s/Claire C. Cecchi*_____
CLAIRE C. CECCHI, U.S.D.J.

Date:    8/13/2026